[No. 30034-0-III.   Division Three.   July 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DON DOUGLAS
LOVELL, *Appellant*.

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 09-1-00266-2, John W. Lohrmann, J.,
entered May 17, 2011. *Affirmed* by unpublished opinion per
Siddoway, J., concurred in by Korsmo, C.J., and Kulik, J.

[No. 30341-1-III.   Division Three.   July 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA CHARLES
DONLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton
County, No. 09-1-00714-8, Craig J. Matheson, J., entered
January 14, 2011. *Affirmed* by unpublished opinion per
Siddoway, J., concurred in by Korsmo, C.J., and Brown, J.

[No. 30873-1-III.   Division Three.   July 11, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC CHRISTOPHER
TRUITT, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens
County, No. 11-1-00123-1, Patrick A. Monasmith, J., entered
April 24, 2012. *Affirmed* by unpublished opinion per
Korsmo, C.J., concurred in by Brown and Kulik, JJ.

[No. 68936-3-I.   Division One.   July 15, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. VICTOR CERVANTES,
*Appellant*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 11-1-00837-1, Susan K. Cook, J., entered June
13, 2012. *Affirmed* by unpublished opinion per Lau, J.,
concurred in by Schindler and Verellen, JJ.